

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-54,888-05

### EX PARTE SAMUEL JOHN MAJOR DAVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-372-010698-0910132-D IN THE 372ND DISTRICT COURT FROM TARRANT COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual performance by a child and sentenced to thirty years' imprisonment. His conviction was affirmed on appeal. *Davis v. State*, No. 02-04-00138-CR (Tex. App.—Fort Worth Mar. 3, 2005) (not designated for publication).

Applicant raises seven grounds for relief. After an independent review of the record, we agree with the trial court's proposed findings of fact and conclusions of law. Applicant's claims

relating to the Board of Pardons and Paroles and his recent mandatory supervision vote are denied.

Applicant's remaining grounds are dismissed as subsequent. TEX. CODE CRIM. PROC. art. 11.07 §

4. Accordingly, the application is denied in part and dismissed in part.


Filed: October 19, 2016

Do not publish